OLIN F. HARVEY ET AL. *v.* BOARD OF ZONING APPEALS
OF THE TOWN OF GREENWICH ET AL.

BROWN, C. J., BALDWIN, INGLIS, O'SULLIVAN and QUINLAN, Js.

Argued April 8—decided June 2, 1953

*William L. Beers,* with whom was *Charles W. Pettengill,* for the appellant (defendant The Graham Corporation).

*Kenneth F. Clark,* for the appellees (plaintiffs).

*Halford W. Park, Jr.,* for the defendant board.

O'SULLIVAN, J. The parties agree that this appeal should be dismissed if no error is found in the preceding case, *Graham Corporation* v. *Board of Zoning Appeals.*
The appeal is dismissed.
In this opinion the other judges concurred.